IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| PURPLE LEAF, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br> AMAZON PAYMENTS, INC. <br><br> Defendants. | Case No. 6:11-cv-377 (LED) <br><br> JURY TRIAL DEMANDED |

## JOINT MOTION TO DISMISS

Plaintiff Purple Leaf, LLC ("Purple Leaf") and Defendants Amazon.Com, Inc. and Amazon Payments, Inc. hereby jointly move the Court to dismiss without prejudice all claims asserted by Purple Leaf against Amazon.Com, Inc. and Amazon Payments, Inc. in this litigation.

Purple Leaf filed its complaint on July 25, 2011. Amazon.Com, Inc. and Amazon Payments, Inc. have not served an answer or filed a motion for summary judgment.

This joint motion to dismiss concerns the claims by and between Purple Leaf and Amazon.Com, Inc. and Amazon Payments, Inc. only, and does not bear on the claims by and between Purple Leaf and any other remaining party. Each party will bear its own costs and fees.

Respectfully submitted,

_Andrew C. DeVore_
Andrew C. DeVore
NY State Bar No. 469480
Vice President & Associate General Counsel
Amazon.com, Inc.
Building: Day 1 North
P.O. Box 81226
Seattle, WA 98108-0463

(206) 266-0737
Email: adevore@amazon.com

ATTORNEYS FOR DEFENDANTS
AMAZON.COM, INC.
AMAZON PAYMENTS, INC.


/s/Archie S. Robinson
Archie S. Robinson [Pro Hac Vice]
California State Bar No. 34789
**ROBINSON & WOOD, INC.**
227 North First Street
San Jose, CA 95113
(408) 298-7210
(408) 298-0477 - Facsimile
Email: asr@robinsonwood.com

ATTORNEYS FOR PLAINTIFF
PURPLE LEAF, LLC.


## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 30 day of January 2012, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Archie S. Robinson
ARCHIE S. ROBINSON

720888

2